In an action before a justice, a plea of a former action and trial between the same parties, in which the present plaintiff set off his demand, is not good, if the money on which the demand was founded, was not then actually due; and the set-off, for that reason, rejected.

BULL against HOPKINS.

IN error, on *certiorari*, from a justice's court.

*Hopkins* sued *Bull* before the justice, and declared for money paid and laid out, for the use of defendant. The defendant pleaded *non assumpsit*, and that the same demand had been pleaded by way of *set-off*, to a suit brought by *Bull* against *Hopkins*. On the trial, the demand was proved by the admission of the defendant; and that the set-off had been exhibited at the former trial, and rejected by the jury. The justice, by a supplementary return, made under a rule of court, stated, that the payment of money by *Hopkins* for *Bull*, was proved; that what *Hopkins* pleaded as a set-off at the former trial, was for a demand not then due, as the money was not paid until *after* such trial; and it was proved, that the set-off was disallowed for that reason.

*Per Curiam.* The justice, in his supplementary return, refers to, and adopts, as correct and true, the facts stated in the affidavit of *Hopkins;* and from those facts it appears, that the plaintiff's demand below accrued *subsequent* to the former trial; and arose from the payment of money for the defendant's use, which could not have been legally set off at the former trial, and so the former trial was no bar.

Judgment affirmed.